# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

08CV2543
JUDGE DER-YEGHIAYAN
MAG. JUDGE MASON

**Plaintiff(s):** LAWRENCE COLEMAN

**Defendant(s):** DR. PARTHA GHOSH

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Lawrence Coleman
R-01069
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**

**FILED**
JN
MAY X 5 2008
5-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** M. Burke    **Date:** 5/5/08