FILED
MAY 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Lawrence Coleman )
                  )
         Plaintiff,)
                  )    08CV2543
Vs.              )    JUDGE DER-YEGHIAYAN
                  )  Pr( MAG. JUDGE MASON
Dr. Partha Ghosh  )
                  )
         Defendant,)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, Lawrence Coleman, declare that I am the Plaintiff in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of the proceedings and that I am entitled to the relief sought in the complaint.

In support of this application, I supply the following information under penalty of perjury:

1. I am currently incarcerated at the Stateville Correctional Center located in Joliet, Illinois. I am employed here as a worker in the facility laundry for which I receive a wage of $ 28.00 per month. Enclosed is a ledger sheet showing the past six (6) months transactions of my trust fund account.

2. During the past twelve (12) months the Plaintiff has received no other income except for his prison assignment and an occasional money order from his family, all totaling approximately $ 1,380.00 .

3. Plaintiff has no cash or savings account.

1

4. Plaintiff owns no real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value.

5. The Plaintiff has no one who is dependant upon him.

I declare under penalty of perjury that the above information is true and correct.

4/30/08
DATE

*Lawrence Coleman*
Lawrence Coleman R-01069
Pro-se

## **CERTIFICATE**

(incarcerated applicants only)

(to be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __115.00__ on account to his credit at Stateville Correctional Center. I further certify that the applicant has the following:

Securities to his credit: _____ .

I further certify that during the past six (6) months the applicants average balance was

$ __145.61__

4-23-08
DATE

_Janette Howe_ (signature)
Signature of authorized officer

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 4/22/2008 | | | Stateville Correctional Center | | | Page 1 of 2 | |
| Time: 15:31:07 | | | Trust Fund | | | | |
| CHAMP | | | Inmate Transaction Statement | | | | |
| | | | 10/22/2007 to 4/22/2008 | | | | |

**Inmate:** R01069 Coleman, Lawrence      **Housing Unit:** STA-E-01-24

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 1.40 |
| 10/22/07 | Mail Room | 01 MO/Checks (Not Held) | 295291 | 481664 | Coleman, Teresa | 50.00 | 51.40 |
| 10/22/07 | Mail Room | 01 MO/Checks (Not Held) | 295291 | 481662 | Coleman, Teresa | 50.00 | 101.40 |
| 10/22/07 | Mail Room | 01 MO/Checks (Not Held) | 295291 | 481663 | Coleman, Teresa | 50.00 | 151.40 |
| 10/29/07 | Disbursements | 80 Postage | 302390 | Chk #136898 | C1025009, DOC: 523 Fund Inmate, Inv. Date: 10/25/2007 | -.25 | 151.15 |
| 11/07/07 | Disbursements | 84 Library | 311390 | Chk #137033 | C1105081, DOC: 523 Fund Librar, Inv. Date: 11/05/2007 | -1.80 | 149.35 |
| 11/08/07 | Point of Sale | 60 Commissary | 3127142 | 512469 | Commissary | -121.73 | 27.62 |
| 11/09/07 | Point of Sale | 60 Commissary | 3137135 | 512705 | Commissary | -1.08 | 26.54 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 14.40 | 40.94 |
| 11/15/07 | Point of Sale | 60 Commissary | 3197142 | 513795 | Commissary | -30.96 | 9.98 |
| 11/22/07 | Disbursements | 80 Postage | 326390 | Chk #137269 | 1119263, DOC: 523 Fund Inmate, Inv. Date: 11/19/2007 | -4.60 | 5.38 |
| 11/28/07 | Disbursements | 84 Library | 332390 | Chk #137371 | j1127328, DOC: 523 Fund Inmate, Inv. Date: 11/27/2007 | -1.60 | 3.78 |
| 11/28/07 | Disbursements | 90 Medical Co-Pay | 332390 | Chk #137371 | j1122371, DOC: 523 Fund Inmate, Inv. Date: 11/22/2007 | -2.00 | 1.78 |
| 11/28/07 | Mail Room | 01 MO/Checks (Not Held) | 3322164 | 495571 | Coleman, Teresa | 50.00 | 51.78 |
| 11/28/07 | Mail Room | 01 MO/Checks (Not Held) | 3322164 | 495570 | Coleman, Teresa | 50.00 | 101.78 |
| 11/28/07 | Mail Room | 01 MO/Checks (Not Held) | 3322164 | 495572 | Coleman, Teresa | 50.00 | 151.78 |
| 12/06/07 | Point of Sale | 60 Commissary | 340781 | 516132 | Commissary | -21.48 | 130.30 |
| 12/10/07 | Point of Sale | 60 Commissary | 3447135 | 516695 | Commissary | -11.38 | 118.92 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 11.67 | 130.59 |
| 12/13/07 | Point of Sale | 60 Commissary | 3477142 | 517399 | Commissary | -25.69 | 104.90 |
| 12/13/07 | Point of Sale | 60 Commissary | 3477135 | 517509 | Commissary | -.54 | 104.36 |
| 12/14/07 | Mail Room | 01 MO/Checks (Not Held) | 3482164 | 485599 | Coleman, Teresa | 50.00 | 154.36 |
| 12/14/07 | Mail Room | 01 MO/Checks (Not Held) | 3482164 | 485598 | Coleman, Teresa | 50.00 | 204.36 |
| 12/18/07 | Point of Sale | 60 Commissary | 3527135 | 518326 | Commissary | -17.07 | 187.29 |
| 12/20/07 | Point of Sale | 60 Commissary | 3547142 | 518874 | Commissary | -108.55 | 78.74 |
| 12/25/07 | Point of Sale | 60 Commissary | 3597142 | 519458 | Commissary | -11.38 | 67.36 |
| 01/07/08 | Point of Sale | 60 Commissary | 0077142 | 520029 | Commissary | -66.93 | .43 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 10.52 | 10.95 |
| 01/14/08 | Disbursements | 80 Postage | 014390 | Chk #138197 | g0114082, DOC: 523 Fund Inmate, Inv. Date: 01/14/2008 | -4.60 | 6.35 |
| 01/24/08 | Mail Room | 01 MO/Checks (Not Held) | 0242175 | 490635 | Coleman, Teresa | 50.00 | 56.35 |
| 01/24/08 | Mail Room | 01 MO/Checks (Not Held) | 0242175 | 490634 | Coleman, Teresa | 50.00 | 106.35 |
| 02/06/08 | Point of Sale | 60 Commissary | 0377142 | 524278 | Commissary | -78.26 | 28.09 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 14.41 | 42.50 |
| 02/12/08 | Point of Sale | 60 Commissary | 0437142 | 525577 | Commissary | -23.34 | 19.16 |
| 02/13/08 | Disbursements | 80 Postage | 044390 | Chk #138764 | g0208175, DOC: 523 Fund Inmate, Inv. Date: 02/08/2008 | -4.60 | 14.56 |
| 02/20/08 | Mail Room | 01 MO/Checks (Not Held) | 0512175 | 922221 | Coleman, Teresa | 50.00 | 64.56 |
| 02/20/08 | Mail Room | 01 MO/Checks (Not Held) | 0512175 | 922220 | Coleman, Teresa | 50.00 | 114.56 |
| 03/05/08 | Point of Sale | 60 Commissary | 0657137 | 527978 | Commissary | -89.86 | 24.70 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 11.67 | 36.37 |
| 03/12/08 | Point of Sale | 60 Commissary | 0727142 | 529072 | Commissary | -36.31 | .06 |
| 03/26/08 | Mail Room | 01 MO/Checks (Not Held) | 0862164 | 501107 | Coleman, Teresa | 50.00 | 50.06 |
| 03/26/08 | Mail Room | 01 MO/Checks (Not Held) | 0862164 | 501106 | Coleman, Teresa | 50.00 | 100.06 |
| 04/03/08 | Point of Sale | 60 Commissary | 0947137 | 531300 | Commissary | -12.01 | 88.05 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 10.98 | 99.03 |
| 04/08/08 | Disbursements | 90 Medical Co-Pay | 099390 | Chk #139776 | C0407009, DOC: 523 Fund Inmate, Inv. Date: 04/07/2008 | -2.00 | 97.03 |
| 04/15/08 | Point of Sale | 60 Commissary | 106783 | 532430 | Commissary | -82.03 | 15.00 |
| 04/22/08 | Mail Room | 01 MO/Checks (Not Held) | 1132175 | 2470162 | Coleman, Teresa | 50.00 | 65.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 4/22/2008 | | | Stateville Correctional Center | | | | Page 2 of 2
Time: 15:31:07 | | | Trust Fund | | | |
CHAMP | | | Inmate Transaction Statement | | | |
| | | 10/22/2007 to 4/22/2008 | | | | |

**Inmate: R01069 Coleman, Lawrence**     **Housing Unit: STA-E -01-24**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/22/08 | Mail Room | 01 MO/Checks (Not Held) | 1132175 | 24/0161 | Coleman, Teresa | 50.00 | 115.00 |

|  |  |
|---|---|
| Total Inmate Funds: | 115.00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 115.00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |