UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
5-5-2008
MAY 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Lawrence Coleman ) | |
| Plaintiff, ) | Case No. _____ |
| ) | |
| Vs. ) | Pr  08CV2543 |
| ) | JUDGE DER-YEGHIAYAN |
| Dr. Partha Ghosh ) | MAG. JUDGE MASON |
| Defendant. ) | |

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Lawrence Coleman, declare that I am the Plaintiff in the above entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have written three (3) lawyers, all of which have failed to respond. (see attached letters)

3. In further support of my motion, I declare that I am not currently, or previously have been, represented by an attorney appointed by this court in this or any other civil or criminal proceedings before this court.

4. In further support of my motion, I declare that I have attached an original application to proceed in Forma Pauperis detailing my financial status.

1

5. The issues presented in this cause of action are too complicated for the Plaintiff to present them to the court legally competently without counsel.

6. The creditability of Dr. Ghosh as well as that of other witnesses will be so important that an attorney will be needed for cross-examination.

I declare under penalty of perjury that the foregoing is true and correct.

4/30/08
Date

*Lawrence Coleman*

Lawrence Coleman R-01069
Stateville Correctional Center
P.O. Box 112
Joliet, Il. 60434-0112



**UPTOWN PEOPLE'S LAW CENTER**
4413 NORTH SHERIDAN • CHICAGO, IL 60640
773•769•1411    FAX 773•769•2224

August 2, 2007

**Private Legal Correspondence**

Lawrence Coleman R01069
PO Box 112
Joliet, Illinois 60434

Dear Mr. Coleman,

We received your recent letter asking that we represent you in a claim against employees of the Department of Corrections. You are receiving this letter because you wrote us concerning the lack of proper medical attention.

We are a very small legal clinic, and while we do regularly represent prisoners in civil rights cases, we can not possibly take on even all of the meritorious cases about which guys write us. That said, we are sometimes able to recruit attorneys from private firms to take some of the cases we can not take on ourselves. Because the information you forwarded to us is covered by attorney client privilege, we need your permission to "shop" your case, because we have found potential co-counsel. No particular form is needed—just let us know in a letter if you'd like us to try. However, we do emphasize that we can not guarantee that we will be able to find a lawyer, and recommend that you not wait for us.

If you are interested in our assistance, we will need some additional information. Specifically, we would like to have more information such as medical forms and any grievances you have filed. Please send them to our address: 4413 N Sheridan Chicago IL 606040. Or your family can fax them to (773) 769-2224.

Best of luck, and we look forward to hearing from you.

Sincerely,

**Uptown People's Law Center**