# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2543 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Lawrence Coleman (R-01069) vs. Partha Ghosh, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's second motion for leave to proceed in forma pauperis [7] is denied. Since Plaintiff has not submitted an accurately or properly completed in forma pauperis application form and he has not paid the filing fee by the deadline, we dismiss the instant action. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Lawrence Coleman's ("Coleman") second motion for leave to proceed *in forma pauperis*. On May 8, 2008, we denied Coleman's first motion for leave to proceed *in forma pauperis*. We also gave Coleman until May 28, 2008, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. We warned Coleman that if he failed to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by May 28, 2008, this action would be dismissed. Coleman has failed to pay the filing fee and instead has filed the instant motion for leave to proceed *in forma pauperis*. Coleman has failed to provide any information on his instant *in forma pauperis* application form concerning his prior employment. Also, although Coleman indicates on his instant *in forma pauperis* application form that he has not received more than $200 from any source in the last twelve months, the prison trust account statement provided by Coleman shows that in the last twelve months he has received deposits from a Teresa Coleman totaling approximately $650. Thus, since Coleman has not submitted an accurately or properly completed *in forma pauperis* application form and he has not paid the filing fee by the deadline, we dismiss the instant action.